PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Daniel K. Berger      Cr.: 21-00933-001
    PACTS #: 67633

Name of Sentencing Judicial Officer:     THE HONORABLE JULIEN XAVIER NEALS
                                                                 UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/09/2014
Date of Violation: 01/20/2022

Original Offense:    Count One: Travel in Interstate Commerce to Engage in Illicit Sexual Conduct with a Minor, 18 U.S.C. § 2423(b)
Violation Offense:    Substance Use

Original Sentence: 87 months imprisonment, 18 years supervised release
Violation Sentence: Supervision revoked, 6 months residential re-entry center, 13 years supervised release

Special Conditions: $100 Special Assessment, Alcohol Restrictions, Drug Testing/Treatment, Computer Monitoring Software, Computer Search, Mental Health Treatment, No Contact with Minors, Polygraph Examination, Reentry Center-Full-Time, Sex Offender Treatment, Sex Offender Assessment, No Contact with Victim, Place Restriction Under 18 Present

Type of Supervision: Supervised Release                        Date Supervision Commenced: 01/27/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                   On December 16, 2022, Berger was charged by the Secaucus Police Department with Failing to Register as a Sex Offender, in violation of NJSA 2C:7-2A(1), a crime of the third degree. This charge remains pending in Hudson County Superior Court.

U.S. Probation Officer Action:
Berger was placed in the residential treatment program at Integrity House in Secaucus on November 14, 2022. On December 15, 2022, Berger was advised he was required to register as a sex offender while in the treatment program. The next day Integrity House staff transported him to Secaucus Police Department to register. While registering, he was charged with the above-listed crime, as he was required to register within 10 days of arriving at the facility.

The probation office has met with Berger and advised him of all sex-offender reporting requirements, including temporary stays in treatment programs, halfway houses, and shelters. Should he fail to register again, the Probation Office will seek additional action by the Court.

Prob 12A – page 2
Daniel K. Berger

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By: DANA HAFNER
Senior U.S. Probation Officer

/dh

APPROVED:

PATRICK HATTERSLEY             1/9/23
Supervising U.S. Probation Officer    Date

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

1/9/2023
Date